DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC MANUEL ORTIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3630

[May 14, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 562023CF002718AXXXX.

Daniel Eisinger, Public Defender, and Alan Terry Lipson, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***